5,892,914

41

### Upstream Relocation of the CCS

Upstream relocation moves the CCS to an NDC site that is closer to the client, such as the client workstation 42, than the present CCS. A DTP response to a request to access data includes a "use ticket" that accompanies data which is being passed upstream from NDC site to NDC site. The DTP use ticket may be marked as USE_ONCE or USE_MANY depending upon whether the image of the data may remain cached at an NDC site after it has been used to respond to the request that caused the data to be fetched from downstream. The DTP use ticket for an image of data is always marked as USE_MANY when it begins its journey from the NDC server terminator site to the client site. However, as the image of the data passes upstream from NDC site to NDC site, its use may be restricted to USE_ONCE at any NDC site through which it passes. Thus, when the image of the data passes through the current CCS for the file 156 the channel 116 at that NDC site changes the data's DTP use ticket from USE_MANY to USE_ONCE.

As the image of the file 156 is projected through successive NDC sites, if the DTP use ticket is marked as USE_MANY, the image of the data may remained cached within the NDC buffers 129 assigned to the channel 116 through which the image traverses the NDC site. Whether or not any data remains cached within the NDC buffers 129 assigned to the channel 116 after passing through the NDC site is determined solely by the local site. Maintaining a projected image of data at an NDC site is a resource allocation issue, and each NDC site must maintain control of its own resources. However, if the DTP use ticket is marked USE_ONCE, none of the data may remain cached within the NDC buffers 129 assigned to the channel 116 after traversing the NDC site.

Upstream relocation of the CCS due to a decease notification requires only that the current CCS recognize if it no longer has multiple upstream NDC sites engaged in CWS activities. When that occurs, the NDC site that formerly was the CCS merely stops marking the DTP use ticket USE_ONCE. This change in the marking of the DTP use ticket immediately permits upstream NDC sites to begin caching any images of the file 156 that may be projected into them in the future.

However, if one of the upstream NDC sites currently has additional upstream NDC sites that are creating a CWS condition, that NDC site will declare itself to be the new CCS and begin changing the DTP use ticket from USE_MANY to USE_ONCE. In this way, the NDC 50 of the present invention facilitates relocating the CCS upstream.

### Downstream Relocation of the CCS

Relocating the CCS downstream moves the CCS to an NDC site closer to the NDC server terminator site 22. Referring to FIG. 15, if no clients are accessing the file 156 and then if a client on LAN 44B requests access for writing the file 156 residing on the NDC server terminator site 22, a projected image of the file 156 flows from NDC site 22, through NDC sites 26A, 202, 204A, and into NDC site 206. The client may now read and write the projection of the file 156 present in the NDC client terminator site 206 with an unlimited number of simultaneous processes without the NDC client terminator site 206 checking with any of the downstream NDC sites 204A, 202 or 26A, or with the NDC server terminator site 22 before each operation. The NDC client terminator site 206 need communicate with the downstream NDC sites 204A, 202, 26A and 22 only to load or unload data from the channel 116 at the NDC client terminator site 206.

If a client on LAN 44A connected to the NDC site 204B begins to access the file 156 for writing it, the NDC client

42

terminator site 204B claims a channel 116 that then sends an NDC_LOAD message to intermediate NDC site 202. The NDC_LOAD message from the channel 116 will indicate that NDC site 204B is loading data that will be overlaid by a write operation. Upon processing this NDC_LOAD message, the NDC site 202 finds that a channel 116 already exists for the file 156. The existing channel 116 identifies NDC site 204A as a current upstream NDC site, and also indicates that the channel 116 for the file 156 is currently enabled. This combination of conditions implies that the CCS for the file 156, if one exists, is located either at NDC site 204A or at an NDC site upstream from NDC site 204A. As described above, the upstream site structures 182 at the NDC site 202 not only identify all upstream NDC sites accessing the file 156, they also indicate the type of file operations that have occurred at each NDC site accessing the file 156. These few facts, i.e. the existence of a CWS condition and that the CCS is not currently located downstream from the NDC site 202 enable site 202 to determine that it should declare itself the ccs.

While holding off the write request from the NDC site 204B, NDC site 202 recalls or disables all upstream NDC sites that are caching projected images of the file 156. As described above, "disable" is sufficient for any NDC sites at which the file 156 was only being read. However, if there are any sites that have modified their image of the file 156, their dirty data must flushed back to the new CCS, NDC site 202. Therefore, NDC site 202 sends a recall message to NDC site 204A.

Before NDC site 204A responds to the recall message from NDC site 202, NDC site 204A transmits its own recall message upstream to NDC client terminator site 206. After all of upstream NDC sites have responded to the recall message from NDC site 204A, NDC site 204A will respond back to NDC site 202, forwarding any dirty data that had been soiled by NDC site 204A, or by NDC sites upstream from NDC site 204A.

After NDC site 204A responds to the recall message from NDC site 202, NDC site 202 can begin processing the write request from NDC site 204B. NDC site 202 has now declared itself to be the CCS for file 156. NDC site 202 is now in charge of sequencing all read/write operations that are requested for the file 156 by its own clients, and by clients of all upstream NDC sites, e.g. NDC sites 204A, 204B and 206.

While the intermediate NDC site 202 remains the CCS with multiple connections to upstream NDC sites 204A and 204B at least one of which is writing the file 156, no file data or metadata will be cached upstream of the intermediate NDC site 202. If, after all NDC sites that were accessing the file 156 for writing have disconnected from the file 156, the intermediate NDC site 202 as CCS still has one or more upstream NDC sites that are reading the file 156, the CCS will relocate upstream as described above.

### Industrial Applicability

Within a networked digital computer system, file servers, workstations, gateways, bridges, and routers are all potential candidates to become an NDC site. The NDC 50 is a software module that can easily be ported to different environments. The NDC 50 requires a minimum of 250 k bytes of RAM, of which 50 k is code and the remainder is allocated for various data structures and buffers. Each channel 116 occupies approximately 500 bytes of RAM. Thus, one megabyte of RAM can accommodate about two thousand channels 116. At current memory prices, this amount of RAM costs well under $50. As illustrated in FIG. 4, the structure for the subchannel 118 included in each channel

116 provides pointers to 18 NDC buffers 129. In the preferred embodiment of the invention, each NDC buffer 129 stores 8 k bytes of projected data. Thus, the eighteen NDC buffers 129 associated with each channel 116 can store an image of up to 18*8 k bytes, i.e. 144 k bytes. Thus, with no additional subchannels 152, each channel 116 can accommodate the complete projection, both of data and of NDC metadata, of any dataset of up to 144 k bytes in length.

An NDC site having only 250 k bytes RAM would be useful for only certain limited applications. Each site usually allocates anywhere from 4 to 256 megabytes of RAM for its NDC 50. For example, a 128 megabyte NDC site that allocates 32 megabytes of RAM for NDC data structures can maintain over 50,000 simultaneous connections to data conduits 62 while also storing 96 megabytes of data image projections. Because accessing large datasets may require more than one channel 116, the number of simultaneous dataset connections will vary depending on the mix of datasets which are currently being accessed.

With so many channels 116 packed into a single NDC site, the task of quickly connecting a new request to the channel 116 for the specified dataset, or claiming the least recently used channel 116 if there is none, might seem to be a daunting feat. However, the NDC 50 provides two mechanisms that facilitate solving this problem. The channel hash lists and the channel free list are methods of stringing together the channels 116 in such a way that any particular channel 116, or the least recently used channel 116, can be quickly located. Moreover, preferably the number of hash buckets allocated at each NDC site is adjusted so that, on the average, there are 4 channels 116 in each hash bucket. Limiting the number of channels 116 in each hash bucket to 4 permits quickly determining whether or not an NDC site presently has a channel 116 assigned to accessing a particular dataset.

If the NDC client terminator site 24 receives a request from the client workstation 42 to access a dataset for which the NDC client terminator site 24 is also the NDC server terminator site, and if the request seeks to access data that is not currently being projected into the NDC buffers 129 of the NDC site 24, the delay in responding to the first request as measured at the client intercept routine 102 is approximately 25 milliseconds (about the same as for NFS). However, once the NDC 50 dispatches a response to the client workstation 42, the site will employ intelligent, efficient, and aggressive read ahead to ensure that as long as the client workstation 42 continues to access the file sequentially, data will almost always be projected into the NDC buffers 129 of the NDC client terminator site 24 before the client workstation 42 requests to access it. By prefetching data in this manner, responses to most subsequent requests from the client workstation 42 can be dispatched from the NDC client terminator site 24 to the client workstation 42 within 100 microseconds from the time the NDC site 24 receives the request.

If the client workstation 42 requests to access a dataset that is at an NDC site other than the NDC client terminator site 24, such as NDC sites 26B, 26A or 22, responding to the first request from the client workstation 42 requires an additional 25 millisecond delay for each NDC site that must respond to the request. However, because the NDC client terminator site 24 attempts to pre-fetch data for the client workstation 42, the NDC site 24 will dispatch responses to subsequent requests from the client workstation 42 in about 100 microseconds as described above.

While the presently preferred embodiment of the NDC 50 is implemented in software, it may also be implemented in firmware by storing the routines of the NDC 50 in a Read only Memory ("ROM"). Furthermore, the operation of the NDC 50 is independent of any particular communication hardware and protocol used to implement the LAN 44, and of the filesystem that is used for accessing the hard disks 32, 34 and 36. Analogously, the operation of the NDC 50 is independent of the communication hardware and communication protocol by which DTP messages 52 pass between pairs of NDC sites 22–26A, 26A–26B, or 26B–24. The communication hardware and protocols for exchanging DTP messages 52 include backplane buses such as the VME bus, local area networks such as Ethernet, and all forms of telecommunication. Accordingly, DTP messages 52 exchanged between NDC sites may pass through gateways, including satellite data links, routers and bridges.

While the NDC 50 has been described thus far in the context of a distributed multi-processor computer system 20 in which various NDC sites, such as the sites 22, 26A, 26B and 24, are envisioned as being separated some distance from each other, the NDC 50 may also be applied effectively within a single computer system that incorporates a network of computers. FIG. 16 depicts a file server referred to by the general reference character 300. Those elements depicted in FIG. 16 that are common to the digital computer system 20 depicted in FIG. 1 carry the same reference numeral distinguished by a double prime ("″") designation. The file server 300 includes a host processor 302 for supervising its overall operation. Within the file server 300, an internal bus 304, perhaps a VME bus, couples the main host processor 302 to a pair of storage processors 306A and 306B. The storage processors 306A–B control the operation of a plurality of hard disks 32A″ through 32F″. The internal bus 304 also couples a pair of file processors 312A and 312B, a pair of shared primary memories 314A and 314B, and a plurality of Ethernet processors 316A through 316D to the host processor 302, to the storage processors 306A–B, and to each other.

During the normal operation of the file server 300 without the incorporation of any NDCs 50, the Ethernet processors 316A–D receive requests to access data stored on the disks 32A″ through 32F″ from clients such as the client workstation 42 that is illustrated in FIG. 1. The requests received by the Ethernet processors 316A–D are transferred to one of the file processors 312A–B. Upon receiving a request to access data, the file processor 312A or 312B communicates with one of the storage processors 306A or 306B via the internal bus 304 to effect the transfer an image of the data from the disks 32A″ through 32F″ into the primary memories 314A–B. After an image of the requested data has been transferred into the primary memories 314A–B, the Ethernet processor 316 that received the request then transmits the requested data to the client thereby responding to the request.

The file processors 312A–B may incorporate a hard disk cache located in the primary memories 314A–B. The presence of a hard disk cache in the file server 300 allows it to respond to some requests to access data without any communication between one of the file processors 312A–B and one of the storage processors 306A–B. However, even though the file server 300 includes a hard disk cache, during operation of the file server 300 responding to each request to access data received by the Ethernet processors 316A–D necessarily involves communications between the Ethernet processors 316A–D and the file processors 312A–B. That is, even though data needed by the Ethernet processors 316A–D for responding to requests is already physically present in the primary memories 314A–B, to gain access to

5,892,914

| 45 | 46 |

the data the Ethernet processors 316A–D must first communicate with the file processors 312A–B because the data is stored in a hard disk cache under the control of the file processors 312A–B.

To enhance the overall performance of the file server 300, each of the Ethernet processors 316A–D may incorporate an NDC 50 operating as NDC client terminator site. Each NDCs 50 included in the Ethernet processors 316A–D accesses a set of NDC buffers 129 allocated within the primary memories 314A–B. In addition to the NDCs 50 included in the Ethernet processors 316A–D, the file server 300 may also include other NDCs 50 operating as NDC server terminator sites in the file processors 312A–B. The NDCs 50 in the file processors 312A–B also access a set of NDC buffers 129 allocated within the primary memories 314A–B.

In a file server 300 so incorporating NDCs 50, if one of the Ethernet processors 316A–D receives a request to access data that is already present in the NDC buffers 129 of its NDC 50, its NDC 50 may respond immediately to the request without communicating with an NDC 50 located in one of the file processors 312A–B. Analogously, if one of the Ethernet processors 316A–D receives a request to access data that is not present in its NDC buffers 129 but that is present in the NDC buffers 129 of the NDCs 50 in the file processors 312A–B, those NDCs 50 may also respond immediately to the request without accessing the hard disk cache controlled by the file processors 312A–B. Under such circumstances, the NDC 50 operating in the file processors 312A–B may immediately respond to a request from the NDC 50 operating in the Ethernet processors 316A–D merely by providing it with a pointer to the location of the data within the primary memories 314A–B. Thus, by employing NDCs 50 both in the Ethernet processors 316A–D and in the file processors 312A–B, data that is physically present in NDC buffers 129 located in the primary memories 314A–B becomes available more quickly to the Ethernet processors 316A–D for responding to requests from clients such as the client workstation 42 by eliminating any need to access the hard disk cache controlled by the file processors 312A–B.

Although the present invention has been described in terms of the presently preferred embodiment, it is to be understood that such disclosure is purely illustrative and is not to be interpreted as limiting. Consequently, without departing from the spirit and scope of the invention, various alterations, modifications, and/or alternative applications of the invention will, no doubt, be suggested to those skilled in the art after having read the preceding disclosure. Accordingly, it is intended that the following claims be interpreted as encompassing all alterations, modifications, or alternative applications as fall within the true spirit and scope of the invention.

What is claimed is:

1. In a network of digital computers that includes a plurality of Network Distributed Cache ("NDC") sites, each NDC site including an NDC that has an NDC buffer, a method for projecting an image of a stored dataset from an NDC server terminator site into an NDC client terminator site in response to a request to access such dataset transmitted from a client site to the NDC client terminator site, the method comprising the steps of:

   (a) the NDC receiving the request to access data in the stored dataset;

   (b) the NDC checking the NDC buffer at this NDC site to determine if a projected image of data requested from the dataset is already present there;

   (c) if the NDC buffer of this NDC site does not contain a projected image of all data requested from the dataset, and if the NDC site receiving the request is not the NDC server terminator site for the dataset, the NDC of this NDC site transmitting a request for data from this NDC site downstream to another NDC site closer to the NDC server terminator site for the dataset than the present NDC site;

   (d) if the NDC buffer of this NDC site does not contain a projected image of all data requested from the dataset, and if the NDC site receiving the request is the NDC server terminator site for the dataset, the NDC of this NDC site accessing the stored dataset to project an image of the requested data into its NDC buffer;

   (e) repeating the steps (a) through (d) until the NDC buffer of the downstream NDC site receiving the request contains a projected image of all requested data;

   (f) each successive NDC site, having obtained a projected image of all the requested data, returning data requested from it upstream to the NDC site from which it received the request until the requested data arrives at the NDC client terminator site; and

   (g) the NDC client terminator site, upon receiving the requested data, returning the requested data to the client site.

2. The method of claim 1 wherein, prior to returning the requested data to the client site, the NDC client terminator site reformats the requested data from the protocol employed for communications between pairs of NDC sites into the protocol in which the client site requested access to the dataset from the NDC client terminator site.

3. The method of claim 2 wherein the NDC client terminator site selectively reformats the requested data from the protocol employed for communications between pairs of NDC sites into a particular one of a plurality of different protocols that matches the protocol in which the client site requested access to the dataset from the NDC client terminator site.

4. The method of claim 1 further comprising the steps of:

   (h) each NDC upon receiving the initial request to access the dataset claiming a channel and designating the channel for storing various data relevant to processing requests to access the dataset;

   (i) storing in the channel of this NDC site data collected by the NDC while processing requests to access the dataset; and

   (j) if the NDC site is not performing any steps of the method that are required for responding to a request to access a dataset, the method at NDC sites further including:

      i. periodically analyzing data stored in the channel of this NDC site to determine whether it is possible to anticipate future requests to access the dataset;

      ii. if the analysis of data stored in the channel of this NDC site establishes that it is possible to anticipate future requests to access the dataset, further analyzing data stored in the channel to determine whether anticipated future requests will soon present this NDC site with another request to access the dataset and whether the projected image of data present in the NDC buffer includes sufficient data to respond immediately to the anticipated request; and

      iii. if anticipated future requests to access the dataset will soon present this NDC site with another request to access the dataset and if the projected image of data present in the NDC buffer lacks sufficient data

5,892,914

| 47 | 48 |

to respond immediately to the anticipated request, this NDC site, before receiving a request therefor, requesting data from the dataset from the next downstream NDC site.

5. The method of claim 4 wherein the NDC site, in requesting data from the next downstream NDC site, requests a quantity of data that is larger than the amount of data returned by the NDC client terminator site to the requesting client site in response to a request to access the dataset received by the NDC client terminator site from the client site.

6. The method of claim 1 wherein each NDC upon receiving the initial request to access the dataset claims a channel and designates the channel for storing various data relevant to processing requests to access the dataset, the method at NDC sites further comprising the step of:

(h) if the NDC is not performing any steps of the method that are required for responding to a request to access a dataset, the method at NDC sites further including:
  i. periodically analyzing channels to determine if such channel is presently no longer needed for responding to requests to access the dataset for which the channel was claimed; and
  ii. if the channel being analyzed is no longer needed for responding to requests to access the dataset, then processing the no longer needed channel to prepare it for immediate claiming in response to a subsequent request from a client site to access another dataset.

7. The method of claim 6 wherein the periodic analysis of channels to determine if such channel is presently no longer needed for responding to requests is halted if the number of channels available to respond to a future request to access a dataset exceeds a pre-established upper threshold.

8. The method of claim 7 wherein the NDC having stopped periodically analyzing channels, resumes periodically analyzing channels if the number of channels available to respond to a future request to access a dataset drops below a pre-established lower threshold that is less than the pre-established upper threshold.

9. A network of digital computers that includes a client site which requests access to a dataset that is stored at a location that can be accessed through the network, the network comprising:

a plurality of NDC sites, the dataset whose access is requested by the client site being stored at an NDC server terminator site, a request from the client site for access to the dataset being received by an NDC client terminator site, each NDC site including:
(a) an NDC that has an NDC buffer;
(b) means for the NDC to receive the request to access the dataset;
(c) means for the NDC to check the NDC buffer at this NDC site to determine if a projected image of data requested from the dataset is already present there wherein:
  i. if the NDC buffer of this NDC site does not contain a projected image of all data requested from the dataset, and if this NDC site is not the NDC server terminator site for the dataset, the NDC including means for transmitting a request for data from this NDC site downstream to another NDC site closer to the NDC server terminator site for the dataset than the present NDC site;
  ii. if the NDC buffer of this NDC site does not contain a projected image of all data requested from the dataset, and if this NDC site is the NDC server terminator site for the dataset, the NDC including means for accessing the dataset to project an image of the requested data into its NDC buffer; and
  iii. if the NDC buffer of an NDC site contains a projected image of all requested data, the NDC including means for returning data requested from it upstream to the NDC site from which it received the request, whereby through a succession of such returns of data from one NDC site to the next upstream NDC site the requested data ultimately arrives at the NDC client terminator site; and
(d) data return means for returning the requested data from the NDC client terminator site to the client site.

10. The network of claim 9 wherein, prior to returning the requested data to the client site, said data return means reformats the requested data from the protocol employed for communications between pairs of NDC sites into the protocol in which the client site requested access to the dataset from the NDC client terminator site.

11. The network of claim 10 wherein the data return means selectively reformats the requested data from the protocol employed for communications between pairs of NDC sites into a particular one of a plurality of different protocols that matches the protocol in which the client site requested access to the dataset from the NDC client terminator site.

12. The network of claim 9 wherein each NDC site further comprises:
(e) means for the NDC, upon receiving the initial request to access the dataset, to claim a channel for storing various data relevant to processing requests to access the dataset;
(f) means for the NDC to store in the channel data collected by the NDC while processing requests to access the dataset;
(g) if the NDC site is not responding to a request to access dataset, means for the NDC to periodically analyze data stored in the channel to determine whether it is possible to anticipate future requests to access the dataset;
(h) if the analysis of data stored in the channel by the NDC establishes that it is possible to anticipate future requests to access the dataset, means for the NDC to further analyze data stored in the channel to determine whether anticipated future requests will soon present this NDC with another request to access the dataset and whether the projected image of data present in the NDC buffer includes sufficient data to respond immediately to the anticipated request; and
(i) if anticipated future requests will soon present this NDC site with another request to access the dataset and if the projected image of data present in the NDC buffer lacks sufficient data to respond immediately to the anticipated request, means for the NDC to request from the next downstream NDC site data from the dataset before receiving a request therefor.

13. The network of claim 12 wherein the NDC site requests from the next downstream NDC site a quantity of data from the dataset before receiving a request therefor, the quantity of data requested by the NDC site being larger than the amount of data returned by the NDC client terminator site to the requesting client site in response to a request to access the dataset received by the NDC client terminator site from the client site.

14. The network of claim 9 wherein each NDC site further comprises:
(e) means for the NDC, upon receiving the initial request to access the dataset, to claim a channel for storing various data relevant to processing requests to access the dataset;

5,892,914

| 49 | 50 |

(f) if the NDC is not responding to a request to access a dataset, means for the NDC to periodically analyze channels to determine if such channel is presently no longer needed for responding to requests to access the dataset for which the channel was claimed; and

(g) if analysis of the channel establishes that the channel is no longer needed for responding to requests to access the dataset, means for the NDC to process the no longer needed channel to prepare it for immediate claiming in response to a subsequent request from a client site to access another dataset.

15. The network of claim 14 wherein each NDC site further comprises means for halting the analysis of channels to determine if such channels are presently no longer needed for responding to requests if the number of channels available to respond to future requests to access datasets exceeds a pre-established upper threshold.

16. The network of claim 15 wherein each NDC site further comprises means for resuming the previously halted analysis of channels to determine if such channels are presently no longer needed for responding to requests if the number of channels available to respond to future requests to access datasets drops below a pre-established lower threshold that is less than the pre-established upper threshold.

* * * * *