**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.   11-698-GMS |
| | ) | |
| ADOBE SYSTEMS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Mosaid Technologies, Inc. and Defendant Red Hat, Inc., subject to the approval

of the Court, hereby agree that the time for Red Hat, Inc. to answer or otherwise respond to the

Complaint (D.I. 1) is hereby extended to November 23, 2011.  The reason for this request is that

Red Hat, Inc. needs time to consider the allegations of the amended complaint and determine

how to respond.


 /s/    Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
BAYARD, P.A.
222 Delaware Ave, Suite 900
Wilmington, DE 19801
(302) 429-4232
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*
*MOSAID TECHNOLOGIES INC.*

 /s/ Tara D. Elliott
Tara D. Elliott (#4483)
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
tde@fr.com

Katherine Kelly Lutton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
lutton@fr.com

*Attorneys for Defendant*
*RED HAT INC.*

**SO ORDERED this ___ day of _____, 2011.**

_____

**THE HONORABLE GREGORY M. SLEET**