IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES, INC, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS, INC., *et al.* <br><br> Defendants. | C.A. No. 11-698-GMS |

**PLAINTIFF MOSAID TECHNOLOGIES, INC.'S AMENDMENT TO**
**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

Plaintiff MOSAID Technologies, Inc.'s ("MOSAID") Certification of Counsel Pursuant to Local Rule 7.1.1 attached to its Motion for Leave to file a Second Amended Complaint (the "Motion") stated that "Defendant VMWare consents to the Motion[.]" (D.I. 39.) On December 22, 2011, VMWare, Inc. ("VMWare") asked MOSAID to clarify this statement. Although MOSAID does not believe any clarification is necessary, MOSAID attaches VMWare's November 15, 2011, e-mail to this Amendment to its Rule 7.1.1 Certification, in which VMWare stated: "VMware will stipulate pursuant to FRCP 15(a)(2) that MOSAID may file the Second Amended Complaint it filed last Friday. However, as I also mentioned, to be effective, that will require the agreement of the other Defendants, which I do not have authority to speak to." Since the other defendants oppose the Motion, MOSAID now understands that VMware now opposes the Motion as well.

| | |
|---|---|
| December 29, 2011 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952) |
| Steven G. Hill<br>Douglas R. Kertscher<br>HILL, KERTSCHER & WHARTON, LLP<br>3350 Riverwood Parkway, Suite 800<br>Atlanta, Georgia  30339<br>770.953.0995 | 222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>(302) 655-5000<br><br>Attorneys for Plaintiff Mosaid<br>Technologies Inc. |