IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-698 (GMS) |
| ) | |
| ADOBE SYSTEMS, INC.; ALCATEL- ) | |
| LUCENT USA, INC.; INTERNATIONAL ) | |
| BUSINESS MACHINES CORP.; JUNIPER ) | |
| NETWORKS, INC.; RED HAT, INC. and ) | |
| VMWARE, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF MOTION

Defendants Adobe Systems, Inc., Alcatel-Lucent USA, Inc., International Business Machines Corp., Juniper Networks, Inc., Red Hat, Inc. and VMware, Inc. hereby withdraw their Motion For Extension Of Time From December 23, 2011 To Respond To MOSAID's First Amended Complaint (D.I. 41).

| | |
|---|---|
| DLA PIPER LLP (US) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Denise S. Kraft* | */s/ Paul Saindon* |
| Denise S. Kraft (#2778) | Jack B. Blumenfeld (#1014) |
| Aleine Porterfield (#5053) | Paul Saindon (#5110) |
| 919 North Market Street | 1201 North Market Street |
| Suite 1500 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 468-5700 | (302) 658-9200 |
| denise.kraft@dlapiper.com | jblumenfeld@mnat.com |
| aleine.porterfield@dlapiper.com | psaindon@mnat.com |
| | |
| *Attorneys for Adobe Systems, Inc.* | *Attorneys for Alcatel-Lucent USA, Inc.* |

| | |
|---|---|
| SEITZ ROSS ARONSTAM & MORITZ, LLP | FISH & RICHARDSON P.C. |
| */s/ Collins J. Seitz, Jr.* | */s/ Gregory R. Booker* |
| Collins J. Seitz, Jr. (#2237)<br>100 S. West Street<br>Suite 400<br>Wilmington, DE  19801<br>(302)576-1600<br>cseitz@seitzross.com | Tara D. Elliott (#4883)<br>Gregory R. Booker (#4784)<br>222 Delaware Avenue – 17th Floor<br>P.O. Box 1114<br>Wilmington, DE  19899<br>(302) 652-5070<br>tde@fr.com<br>booker@fr.com |
| *Attorneys for International Business Machines Corp. and Juniper Networks, Inc.* | *Attorneys for Red Hat Inc.* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*

Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
1000 West Street – 17th Floor
Wilmington, DE  19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for VMware, Inc.*

January 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 3, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Steven G. Hill, Esquire<br>Douglas R. Kertscher, Esquire<br>HILL, KERTSCHER & WHARTON, LLP<br>3350 Riverwood Parkway<br>Suite 800<br>Atlanta, GA  30339<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*
_____
Paul Saindon (#5110)