IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS, INC., ALCATEL-LUCENT USA, INC., APPLE, INC., INTERNATIONAL BUSINESS MACHINES CORP, JUNIPER NETWORKS, INC., RED HAT, INC., AND VMWARE, INC. <br><br> Defendants. | C.A. No.: 11-698-GMS <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF JIRI SMETANA

I, Jiri Smetana, declare as follows:

1. My name is Jiri Smetana. I am over twenty-one (21) years of age, laboring under no physical or mental disabilities and am competent to make this affidavit. I have personal knowledge of the matters set forth herein and if called to testify, I could and would competently testify as follows:

2. I am the Patent Litigation Manager at MOSAID Corporation Ltd., a wholly-owned subsidiary of MOSAID Technologies Inc. (collectively "MOSAID").

3. MOSAID Technologies Inc. is a Canadian corporation. It has maintained its corporate headquarters in Ontario, Canada since its founding in 1975.

4. Neither MOSAID Technologies Inc., MOSAID Corporation Ltd., nor any affiliate, subsidiary or other related entity maintains an office in California.

5. Neither MOSAID Technologies Inc. nor MOSAID Corporation Ltd. is registered to do business in California, pays taxes in California, or maintains any employees, records, or information relevant to the asserted patents in California.

6. The foregoing matters are true and correct and within my personal knowledge.

I Declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9th__ day of January, 2012.

_____
Jiri Smetana