IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., | |
| Plaintiff, | |
| v. | C.A. No.: 11-698-GMS |
| ADOBE SYSTEMS, INC., ALCATEL-LUCENT USA, INC., APPLE, INC., INTERNATIONAL BUSINESS MACHINES CORP, JUNIPER NETWORKS, INC., NETAPP, INC., RED HAT, INC., AND VMWARE, INC. | JURY TRIAL DEMANDED |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION REGARDING BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS

WHEREAS, MOSAID Technologies, Inc. ("MOSAID") filed the First Amended Complaint (D.I. 16) in this action on October 6, 2011;

WHEREAS, on December 23, 2011, VMWare, Inc. ("VMWare") filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, for a More Definite Statement, and Motion to Strike (D.I. 42), Red Hat Inc. filed a Motion to Dismiss for Failure to State a Claim (D.I. 48); International Business Machines Corp. filed a Motion to Dismiss Plaintiff's Indirect and Willful Infringement Claims (D.I. 50); Adobe Systems Inc. filed a Motion to Dismiss for Failure to State a Claim and Motion to Strike (D.I. 56), and Alcatel Lucent USA Inc. filed a Motion to Dismiss for Failure to State a Claim (D.I. 60) (collectively, the "Pleading Sufficiency Motions");

WHEREAS, on December 23, 2011, VMWare filed a Motion to Dismiss for Lack of Jurisdiction over the Subject Matter (D.I. 45) (the "Standing Motion");

WHEREAS, on December 23, 2011, Juniper Networks Inc. filed a Motion to Dismiss for Failure to State a Claim MOSAID's First Amended Complaint and to Transfer Venue to the Northern District of California (D.I. 53) (the "Transfer Motion" and collectively with the Pleading Sufficiency Motions and the Standing Motion, the "Motions"); and

WHEREAS, the parties have conferred and agreed, subject to the approval of the Court, to modify the schedule in this matter as set forth below and to permit MOSAID to submit one (1) omnibus brief of no more than forty (40) pages to respond to the Pleading Sufficiency Motions and the pleading sufficiency issues raised in the Transfer Motion. The purpose of this request is to allow MOSAID to respond to the Motions efficiently and to grant brief extensions as a result of the year-end holidays.

NOW, THEREFORE, on behalf of all the parties, pursuant to Fed. R. Civ. P. 6(b), MOSAID respectfully moves the Court as follows:

1. MOSAID shall respond to the Pleading Sufficiency Motions and the pleading sufficiency issues raised in the Transfer Motion on or before January 13, 2012 in one (1) omnibus brief of no more than forty (40) pages.

2. MOSAID shall file a brief in opposition to the Transfer Motion on or before January 13, 2012.

3. MOSAID shall file a brief in opposition to the Standing Motion on or before January 19, 2012.

|  |  |
|---|---|
| January 6, 2012 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman* |
|  | Richard D. Kirk (rk0922) |
| Steven G. Hill | Stephen B. Brauerman (sb4952) |
| Douglas R. Kertscher | 222 Delaware Avenue, Suite 900 |
| HILL, KERTSCHER & WHARTON, LLP | Wilmington, DE 19899 |
| 3350 Riverwood Parkway, Suite 800 | rkirk@bayardlaw.com |
| Atlanta, Georgia 30339 | sbrauerman@bayardlaw.com |
| 770.953.0995 | (302) 655-5000 |
|  | *Attorneys for Mosaid Technologies Inc.* |

IT IS SO ORDERED this 17th day of Jan, 2012.

_____
The Honorable Gregory M. Sleet
Chief United States District Judge

2