**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MOSAID TECHNOLOGIES INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC., ALCATEL-LUCENT USA, INC., INTERNATIONAL BUSINESS MACHINES CORP, JUNIPER NETWORKS, INC., RED HAT, INC., AND VMWARE, INC.<br><br>    Defendants. | C.A. No.: 11-698-GMS |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MOSAID Technologies, Inc. ("MOSAID") and defendant Defendants Adobe Systems, Inc. ("Adobe"), International Business Machines Corp. ("IBM"), Juniper Networks, Inc. ("Juniper"), and Red Hat, Inc. ("Red Hat"), pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), that all claims in this action against Adobe, IBM, Juniper, and Red Hat be and hereby are dismissed with prejudice. This Stipulation of Dismissal shall not preclude or limit the assertion of any claims, defenses, or counterclaims by Adobe, IBM, Juniper, or Red Hat in response to any future assertions or claims of patent infringement by MOSAID. Each party shall bear its own costs, expenses and attorney's fees in connection with the above-captioned action.

| | |
|---|---|
| BAYARD, P.A. | DLA PIPER LLP (US) |
| /s/ *Stephen B. Brauerman* | /s/ *Denise S. Kraft* |
| Richard D. Kirk (No. 922) | Denise S. Kraft (#2778) |
| Stephen B. Brauerman (No. 4952) | Aleine Porterfield (#5053) |
| 222 Delaware Avenue, Suite 900 | 919 North Market Street, Suite 1500 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 468-5700 |
| *rkirk@bayardlaw.com* | *denise.kraft@dlapiper.com* |
| *sbrauerman@bayardlaw.com* | *aleine.porterfield@dlapiper.com* |
| *Counsel for Plaintiff MOSAID Technologies, Inc.* | *Attorneys for Adobe Systems, Inc.* |
| SEITZ ROSS ARONSTAM & MORITZ, LLP | FISH & RICHARDSON P.C. |
| /s/ *Collins J. Seitz, Jr.* | /s/ *Gregory R. Booker* |
| Collins J. Seitz, Jr. (DE No. 2237) | Tara D. Elliott (#4483) |
| 100 S. West Street, Ste. 400 | Gregory R. Booker (#4784) |
| Wilmington, DE 19801 | 222 Delaware Avenue, 17th Floor |
| (302)576-1600 | P.O. Box 1114 |
| cseitz@seitzross.com | Wilmington, DE 19899-1114 |
| | (302) 652-5070 |
| | tde@fr.com |
| *Attorneys for Defendant Juniper Networks, Inc. and International Business Machines Corp.* | booker@fr.com |
| | *Attorneys for Red Hat, Inc.* |

IT IS SO ORDERED THIS ____ day of May, 2012.

_____
The Honorable Gregory M. Sleet
Chief United States District Judge

2