IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., | |
| Plaintiff, | |
| v. | C.A. No.: 11-698-GMS |
| ADOBE SYSTEMS, INC., ALCATEL-LUCENT USA, INC., INTERNATIONAL BUSINESS MACHINES CORP, JUNIPER NETWORKS, INC., RED HAT, INC., AND VMWARE, INC. | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MOSAID Technologies, Inc. ("MOSAID") and defendant Defendants Adobe Systems, Inc. ("Adobe"), International Business Machines Corp. ("IBM"), Juniper Networks, Inc. ("Juniper"), and Red Hat, Inc. ("Red Hat"), pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), that all claims in this action against Adobe, IBM, Juniper, and Red Hat be and hereby are dismissed with prejudice. This Stipulation of Dismissal shall not preclude or limit the assertion of any claims, defenses, or counterclaims by Adobe, IBM, Juniper, or Red Hat in response to any future assertions or claims of patent infringement by MOSAID. Each party shall bear its own costs, expenses and attorney's fees in connection with the above-captioned action.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Counsel for Plaintiff MOSAID
Technologies, Inc.

SEITZ ROSS ARONSTAM
& MORITZ, LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (DE No. 2237)
100 S. West Street, Ste. 400
Wilmington, DE 19801
(302)576-1600
cseitz@seitzross.com

Attorneys for Defendant Juniper Networks,
Inc. and International Business Machines
Corp.

DLA PIPER LLP (US)

/s/ Denise S. Kraft
Denise S. Kraft (#2778)
Aleine Porterfield (#5053)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 468-5700
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

Attorneys for Adobe Systems, Inc.

FISH & RICHARDSON P.C.

/s/ Gregory R. Booker
Tara D. Elliott (#4483)
Gregory R. Booker (#4784)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
tde@fr.com
booker@fr.com

Attorneys for Red Hat, Inc.

IT IS SO ORDERED THIS 7th day of May, 2012.

The Honorable Gregory M. Sleet
Chief United States District Judge

2