IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-698-GMS |
| ) | |
| VMWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

WHEREAS presently before the court is the defendant's Motion to Sever or Dismiss for Improper Joinder (D.I. 87);

WHEREAS the Motion to Sever or Dismiss was filed on March 12, 2012, at a time when five additional defendants remained in this case;

WHEREAS the court dismissed the claims against defendants Adobe Systems, Inc., International Business Machines Corp., Juniper Networks, Inc., and Red Hat, Inc. on May 4, 2012 (D.I. 93);

WHEREAS the court dismissed the claims against defendant Alcatel-Lucent USA, Inc. on October 3, 2012 (D.I. 98); and

WHEREAS VMware, Inc. is the only remaining defendant in this case;

IT IS HEREBY ORDERED THAT:

The Motion to Sever or Dismiss for Improper Joinder (D.I. 87) be DENIED AS MOOT.

Dated: December 3, 2012

CHIEF, UNITED STATES DISTRICT JUDGE